IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 0 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| STEVE McGOWAN & Wife LINDA McGOWAN<br>*Plaintiffs*<br><br>vs.<br><br>ACROMED CORPORATION, A Foreign Corporation, Jointly and Severally With DR. ROBERT G. JOHNSON, SOUTH TEXAS ORTHOPEDIC & SPINAL SURGERY ASSOCIATES, P.A. & ST. LUKE's LUTHERAN HOSPITAL, aka/fka ST. LUKE's BAPTIST HOSPITAL<br>*Defendants* | CIVIL ACTION NO. B-95-004<br><br>B-00-118 |

## ORDER GRANTING PLAINTIFFS' MOTION TO SEVER

ON THIS the 1ST day of AUGUST 2000, came on to be considered Plaintiffs' MOTION TO SEVER. The Court, having considered the motion on file is of the opinion that the motion is well taken and should be GRANTED; and

IT IS THEREFORE ORDERED that Plaintiff's MOTION TO SEVER is GRANTED, so that Acromed Corporation is severed from the instant suit and that the clerk of the court assign a new number to the severed cause.

SIGNED AND ENTERED on this the 1ST day of AUGUST 2000 at Brownsville, Texas.

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STEVE McGOWAN & Wife LINDA McGOWAN § § §<br>*Plaintiffs* § §<br>vs. § §<br>ACROMED CORPORATION, A § §<br>Foreign Corporation, Jointly and § §<br>Severally With DR. ROBERT G. § §<br>JOHNSON, SOUTH TEXAS § §<br>ORTHOPEDIC & SPINAL SURGERY § §<br>ASSOCIATES, P.A. & ST. LUKE's § §<br>LUTHERAN HOSPITAL, aka/fka ST. § §<br>LUKE's BAPTIST HOSPITAL § §<br>*Defendants* | CIVIL ACTION NO. B-95-004<br><br>B-00-118 |

## ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

ON THIS the 1ST day of AUGUST 2000, came on to be considered Plaintiffs' MOTION TO REMAND. The Court, having considered the motion on file, and after having previously granted Plaintiffs' MOTION TO SEVER, is of the opinion that PLAINTIFFS' MOTION TO REMAND is well taken and should be GRANTED; and

IT IS THEREFORE ORDERED that Plaintiff's MOTION TO REMAND is GRANTED, such that this cause is ordered transferred to the 107th Judicial District Court, Cameron County, Texas.

SIGNED AND ENTERED on this the 1ST day of AUGUST 2000 at Brownsville, Texas.

_____
JUDGE PRESIDING