IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| STEVE McGOWAN & Wife LINDA McGOWAN<br>*Plaintiffs*<br><br>vs.<br><br>ACROMED CORPORATION, A Foreign Corporation, Jointly and Severally With DR. ROBERT G. JOHNSON, SOUTH TEXAS ORTHOPEDIC & SPINAL SURGERY ASSOCIATES, P.A. & ST. LUKE's LUTHERAN HOSPITAL, aka/fka ST. LUKE's BAPTIST HOSPITAL<br>*Defendants* | § § § § § § § § § § § § § |

CIVIL ACTION NO. ~~B-95-004~~

B-00-118

## ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

ON THIS the ___1ST___ day of ___AUGUST___ 2000, came on to be considered Plaintiffs' MOTION TO REMAND. The Court, having considered the motion on file, and after having previously granted Plaintiffs' MOTION TO SEVER, is of the opinion that PLAINTIFFS' MOTION TO REMAND is well taken and should be GRANTED; and

IT IS THEREFORE ORDERED that Plaintiff's MOTION TO REMAND is GRANTED, such that this cause is ordered transferred to the 107th Judicial District Court, Cameron County, Texas.

SIGNED AND ENTERED on this the ___1ST___ day of ___AUGUST___ 2000 at Brownsville, Texas.

JUDGE PRESIDING